UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD R. HUNT,

    Petitioner,

v.

JEFFREY A. UTTECHT,

    Respondent.

CASE NO. C17-1827 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's habeas petition is **DENIED.**

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 6th day of December 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1

ORDER OF DISMISSAL - 2